UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DEBRA SKAGGS,

    Plaintiff,

v.

    File No. 1:16-CV-1048

    HON. PAUL L. MALONEY

NATIONSTAR MORTGAGE, LLC,

    Defendant.
    _____/

## JUDGMENT

In accordance with the Opinion and Order entered this date,

**IT IS ORDERED** that this action is **DISMISSED** for failure to state a claim.


Dated: April 17, 2017      /s/ Paul L. Maloney
    PAUL L. MALONEY
    UNITED STATES DISTRICT JUDGE